# United States District Court
# Western District of North Carolina
# Divisional Office Division

| ANDREW CHARLES SEAMONS, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00033-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN HERRING, Superintendent, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2017 Order.

January 27, 2017

_____

Frank G. Johns, Clerk
United States District Court